1  THOMAS N. STEWART, III - #88128
   ATTORNEY AT LAW
2  369 BLUE OAK LANE, 2nd FLOOR
   CLAYTON, CA 94517
3  TELEPHONE (925) 672-8452
4  TELEFAX (925) 673-1729
   Attorneys for Plaintiff

**FILED**

APR 1 0 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

**LODGED**

APR - 6 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,

v.

MONTEZUMA LODGE, et al.,

    Defendants.
_____/

Case No.  CivS00-0610 GEB PAN

SUBSTITUTION OF ATTORNEYS

Plaintiff, through his attorney, hereby substitutes Thomas N. Stewart, III, Attorney at Law, formerly of the law firm of Bold, Polisner, Maddow, Nelson & Judson, in place of the law firm of Bold, Polisner, Maddow, Nelson & Judson.

Date: 3/31/00

BOLD, POLISNER, MADDOW, NELSON & JUDSON

_____
By: THOMAS N. STEWART, III

IT IS SO ORDERED

_____

Substitution of Attorneys;
CivS00-0610 GEB/PAN          1

United States District Court
for the
Eastern District of California
April 10, 2000

* * CERTIFICATE OF SERVICE * *

2:00-cv-00610

Chapman

v.

Montezuma Lodge 172

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 10, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Thomas N Stewart III             SF/GEB
Law Offices of Thomas N Stewart III
369 Blue Oak Lane
Second Floor
Clayton, CA  94517


Jack L. Wagner, Clerk

BY: *BCarlee*
Deputy Clerk